111 A.3d 744

**Dante OVERBY, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Respondent.**

**No. 16 EM 2015.**

Supreme Court of Pennsylvania.

March 20, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 20th day of March, 2015, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.